

239 So.2d 360

**Thomas P. PERKINS**

v.

**Ossie B. BROWN et al.**

No. 50764.

Sept. 30, 1970.

Writ refused. On the facts found by the Court of Appeal, the result is correct.

Writ refused. On the facts found by the Court of Appeal we find no error of law in its judgment.

239 So.2d 360

**Peter DRAGO**

v.

**STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY and Samuel T. Recatto, Jr.**

No. 50771.

Sept. 30, 1970.

239 So.2d 360

**Harold TYLER et al., d/b/a Homer Livestock Commission Company**

v.

**R. D. ELSTON.**

No. 50773.

Sept. 30, 1970.

Writ refused. No error in the judgment of which relator complains.